CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 29 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTHONY E. RAMEY, | ) |
| Plaintiff, | ) Case No. 7:15-cv-00242 |
| v. | ) |
| CAROLYN COLVIN, | ) |
| Acting Commissioner of Social Security | ) By: Michael F. Urbanski |
| | ) United States District Judge |
| Defendant. | ) |

## ORDER

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The Magistrate Judge filed a report and recommendation on August 3, 2016, recommending that the Plaintiff's motion for summary judgment be granted in part and that the Commissioner's final decision be reversed and remanded. No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. It is accordingly **ORDERED** and **ADJUDGED** that the plaintiff's motion for summary judgment, ECF No. 16, is **GRANTED in part**, that the Commissioner's motion for summary judgment, ECF No. 20, is **DENIED**, that the report and recommendation, ECF No. 28, is **ADOPTED in its entirety**, that this matter is **REVERSED and REMANDED** to the Commissioner for further administrative consideration, and that this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order to all counsel of record.

Entered: 08-29-2016

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge